# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3066
_____

Shannon E. Williams

*Plaintiff - Appellant*

v.

Raynor, Rensch & Pfeiffer; Terry Haddock; John Stuck; John Brazda; City of Bellevue; Dave Bruck; City of Omaha, Nebraska; Jeffrey Newton; Mark Foxall; Douglas County Correctional Center; Bellevue Police Department; Omaha Police Department; Unknown Defendants; Patrick M. Heng; John J. Kohl; William E. Pfeiffer; John P. Raynor; Richard J. Rensch; Sean Patrick Rensch; Kelle J. Westland; Raynor & Raynor; Douglas County

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: October 7, 2016
Filed: October 13, 2016
[Unpublished]

_____

Before WOLLMAN, ARNOLD, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Federal inmate Shannon E. Williams appeals following the district court's[1] grant of defendants' motions to dismiss, or alternatively for summary judgment, in his civil rights suit. Upon careful consideration of the matters Mr. Williams raises on appeal, we find no reversible error. Because an extended discussion would add nothing to the well-reasoned district court determinations at issue here, the judgment of the district court is affirmed under 8th Cir. R. 47B.

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.